IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| LUCAS ROBERT JAHN | ) | CASE NO. 4-07-01128-JMM |
| JULIE E WHISMAN | ) | |
| | ) | **APPLICATION FOR PAYMENT OF** |
| Debtor(s). | ) | **UNCLAIMED FUNDS TO THE U.S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend check(s) have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| **13** | **KVOA Communications Inc**<br>**Stephen D Burton & Associates PC**<br>**5450 E 5th St**<br>**Tucson az 85711-2334** | **$18,950.50** | **$375.26** |

_____2/9/10_____   /s/ SJK_____
          Date                                    Stanley J. Kartchner, Trustee